UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIK T. SHAVER,

        Plaintiff,

   v.

JANET YELLIN,

        Defendant.

Case No.  22-cv-00436-PJH

**ORDER OF DISMISSAL**

      Plaintiff, a state prisoner proceeding pro se, filed a civil action.  Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP").  He was provided twenty-eight days to correct these deficiencies.  More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

      **IT IS SO ORDERED.**

Dated: March 4, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge